(99 South. 68)

## Ex parte Frank CAMILLIERI. (1 Div. 310.)

(Supreme Court of Alabama. Jan. 24, 1924.)

Certiorari to Court of Appeals.

Inge & Bates, of Mobile, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Frank Camillieri for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Frank Camillieri v. State, 99 South. 66.

Writ denied.